IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ILLINOIS TOOL WORKS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| POLY-AMERICA L.P., | ) |
| | ) |
| Defendant. | )   Civil Action No. 3:18-CV-0443-C |

## ORDER

The Court hereby **ORDERS** that Defendant file a Reply Brief in Support of its Motion for Attorneys' Fees and for Expert Witness Fees and Expenses by no later than 3:00 p.m. on October 28, 2019.[1]

SO ORDERED this 21st day of October, 2019.

*/s/ Sam R. Cummings*
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendant may disregard the Court's prior notification that no reply brief would be considered.